# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | Case No.: 25-3154MJ |
| v. | **CRIMINAL COMPLAINT** |
| Amairany Guadalupe Armendariz Alvarez. | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about April 9, 2025, in the County of Maricopa in the District of Arizona, Defendant AMAIRANY GUADALUPE ARMENDARIZ ALVAREZ, knowing that she was an alien who had been admitted to the United States under a nonimmigrant visa as defined in Section 1101(a)(26) of Title 8, did knowingly possess firearms, that is, (1) FN, model M249S, 5.56 x 45 mm caliber semi-automatic rifle, serial number M249SA10933; (2) FN, model M249S, 5.56 x 45 mm caliber semi-automatic rifle, serial number M249SA09905; (3) FN, model M249S, 5.56 x 45 mm caliber semi-automatic rifle, serial number M249SA10901; and (4) Colt, model Government, .38 Super Auto caliber semi-automatic pistol, serial number GV049309, said firearms having shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(8).

//

//

//

I further state that I am a Special Agent from Homeland Security Investigations, and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: Maria R. Gutierrez, AUSA

Digitally signed by MARIA GUTIERREZ
Date: 2025.04.10 16:28:16 -07'00'

Stoney Clement, Special Agent, HSI
Name of Complainant

STONEY C CLEMENT
Digitally signed by STONEY C CLEMENT
Date: 2025.04.10 16:25:20 -07'00'

Signature of Complainant

Sworn to me telephonically and subscribed electronically.

April 10, 2025
Date

at    Phoenix, Arizona
City and State

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge
Name & Title of Judicial Officer

M Morrissey

Signature of Judicial Officer

## STATEMENT OF PROBABLE CAUSE

I, Stoney Clement, Special Agent of the United States Department of Homeland Security, Homeland Security Investigations, being duly sworn, declare and state:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. Your Affiant has been a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), since April 2024. Your Affiant is currently assigned to the HSI Casa Grande Border Enforcement Security Task Force (BEST) contraband smuggling group which consists of investigators from HSI, United States Border Patrol, and Arizona Department of Public Safety. The Task Force is dedicated to conducting large-scale criminal conspiracy drug and firearm trafficking investigations.

2. As such, your Affiant is an investigative law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

3. During the course of his employment, your Affiant has been trained and educated on firearms investigations involving individuals who are considered prohibited possessors of firearms, individuals smuggling firearms from the United States, and illicit manufacturing of firearms and firearms components, which have resulted in the arrests of targets, the seizure of illegal firearms and firearms-related evidence, and the forfeiture of related assets. Your Affiant has graduated from the Criminal Investigator Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to his tenure as a Special Agent, your Affiant was a peace officer, certified by way of the Texas Commission on Law Enforcement (TCOLE). Your Affiant worked for the City of Galveston Police Department in Galveston County, Texas. He worked for the Galveston Police Department for approximately 7 years and was a Peace Officer for approximately 7 years. During his

tenure at the Galveston Police Department, he held investigative positions both reactive and proactive in nature. For much of his career at the Galveston Police Department, your Affiant worked in investigative groups that focused on the criminal investigation into illegal controlled substances, firearms violations, gang investigations, and financial violations of law. Your Affiant has conducted or assisted with hundreds of investigations into criminal offenses that led to prosecution, conviction and seizure of real assets to include currency and property. Your Affiant held an Advanced Peace Officer License through the Texas Commission on Law Enforcement and currently holds a Bachelor of Science degree in Criminal Justice.

4.    Your Affiant has participated in controlled purchases of firearms, search warrants on residences and businesses for evidence related to violations of law pertaining to firearms, and led or assisted in investigations relating to the smuggling of firearms and firearms components on the state, local and federal level. Due to the nature of the previously mentioned investigative role, your Affiant has seized and can identify various firearms and firearms components. Your Affiant is also familiar with firearms trafficking organization practices and procedures utilized to avoid detection by law enforcement as well as patterns and methods utilized to covertly transport firearms and proceeds from firearms transactions, specifically within the geographical area of Arizona and the United States – Mexico border.

5.    Your Affiant was assigned as a Task Force Officer to Homeland Security Investigations – Galveston Texas while employed by the Galveston Police Department. During this time, your Affiant participated in numerous controlled deliveries of contraband that were discovered at the United States Border or the Functional Equivalent of the Border. Your Affiant has conducted successful controlled deliveries of contraband seized from various mail services. This contraband includes machine gun conversion devices such as Glock switches, and AR Lightning Links. Your Affiant is able to recognize these components, firearms that have been modified to accept these

2

components, and modifications on firearms that will replicate the results of installing these components without having the aforementioned component. Your Affiant has participated in search warrants and arrests that have resulted in the seizure of firearms from various prohibited possessors of firearms and can readily recognize various types of commercial, military, and personally manufactured firearms due to his training and experience.

6.      Your Affiant being a sworn Special Agent for Homeland Security Investigations and graduating from Homeland Security Investigations Special Agent Training, is by definition an immigration officer. This designation is granted to your Affiant through a combination of legal documents to include 8 U.S.C § 1357, The Homeland Security Act, and the Immigration and Nationality Act. Due to your Affiant's training and experience, your Affiant is educated on immigration laws, the various types of legal pathways to immigrate into or lawfully enter the United States. Your Affiant is also educated on the restrictions that apply to these various statuses granted to individuals entering the United States, who are not United States citizens.

7.      The statements contained in this Affidavit are based on your Affiant's personal knowledge and observations, the personal knowledge and observations of other sworn law enforcement officers, and surveillance conducted by law enforcement officers. Your Affiant also relies on his experience, training, and background as a Special Agent and previous law enforcement experience in evaluating this information.  Since this Affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every fact or source of information establishing the violation of federal law. Your Affiant has not, however, intentionally excluded any information known to him that would defeat a determination of probable cause. Furthermore, the information obtained by your Affiant through speaking with other law enforcement officials is summarized in this affidavit and is not a verbatim transcription but is an accurate representation of the facts provided to your Affiant as he understands

them at the time of writing.

**PROBABLE CAUSE**

8.      On April 9, 2025, at about 10:49 a.m., AMAIRANY GUADALUPE ARMENDARIZ ALVAREZ ("ARMENDARIZ") entered the United States from Mexico via the pedestrian lanes at the port of entry in Nogales, Arizona. ARMENDARIZ used a United States Border Crossing Card (BCC) bearing document number TJT015106853 to enter the United States. Your Affiant knows, through his training and experience, that a BCC is also B1/B2 Visa (hereinafter "B1/B2 Visa"). Your Affiant further knows that B1/B2 Visa is issued for travel into the United States for either business or pleasure. Your Affiant knows that holders of B1/B2 Visas are not United States citizens or immigrants of the United States.   Your Affiant also knows that they cannot possess firearms or ammunition in the United States.

9.      At approximately 12:24 p.m., on April 9, 2025, Arizona Department of Public Safety (AZDPS) Trooper Anderson badge number 06565 stopped a grey 2017 Toyota Corolla bearing Arizona license plate ENA1ZM ("Toyota Corolla") on Interstate 19 near mile marker 62. Trooper Anderson stopped the Toyota Corolla for a violation of A.R.S 28-2153A – no current registration. The driver and sole occupant of the Toyota Corolla was identified as ARMENDARIZ. ARMENDARIZ advised that she was going to Phoenix to go shopping and claimed to have no contraband or illegal items in the vehicle at the time of the stop. Trooper Anderson conducted a consensual search of the Toyota Corolla and found no firearms, ammunition, firearms components, or bulk currency. ARMENDARIZ was released with a warning/equipment repair order.

10.      Agents with HSI and United States Border Patrol began surveillance of the Toyota Corolla after the traffic stop on Interstate 19, around mile marker 211 on Interstate 10 as it traveled towards the Phoenix-area.  At about West Grove Street and 37th Avenue in Phoenix, ARMENDARIZ parked on the side of the road.  Afterwards, ARMENDARIZ moved the Toyota Corolla two to three times from one side of 37th

Avenue to the other side, while staying near the intersection of West Grove Street and 37th Avenue. ARMENDARIZ appeared to be conversing with someone on the telephone. ARMENDARIZ also removed a child safety seat from the trunk of the Toyota Corolla and moved it to the back seat passenger area. Agents later learned that the child safety seat was placed in the trunk by AZDPS Troopers during the traffic stop.

11. A short time later, a white Nissan Altima bearing Arizona license plate DEATHBH ("Nissan Altima") arrived and parked near the Toyota Corolla. A male exited the Nissan Altima with multiple black bags and a box, placing them into the trunk of the Toyota Corolla. The bags appeared to contain a large and heavy item that was consistent with the size and shape of a rifle. The box also appeared to be large and heavy, and the packaging was consistent with commercial packaging of rifles. The male also transferred into the trunk of the Toyota Corolla a blue box that was consistent with the size, shape, and appearance of a box in which handguns are sold. Both vehicles then departed the location without further interaction.

12. Law enforcement continued surveilling the Toyota Corolla. Although ARMENDARIZ made other stops, she did not meet anyone else, nor did it appear that she removed anything from the Toyota Corolla. At approximately 5:22 p.m., Trooper Yartym with AZDPS conducted a traffic stop on the Toyota Corolla around mile marker 193 on Interstate 10 eastbound, for violations of ARS 28-2153A, no current registration, and ARS 28-914A1, use of a portable electronic device while driving. Law enforcement observed ARMENDARIZ using her telephone while driving. During this traffic stop, ARMENDARIZ stated she was holding her telephone while driving to play music. ARMENDARIZ further advised that the Toyota Corolla belonged to her uncle. ARMENDARIZ advised that she was in the Phoenix area shopping at Ross and Coach, but did not buy anything because her debit card did not work. Trooper Yartym asked ARMENDARIZ if she had any firearms in her vehicle and ARMENDARIZ stated she did not. ARMENDARIZ denied consent to search the Toyota Corolla.

5

13. Knowing that ARMENDARIZ entered the United States earlier that day as a B1/B2 Visa holder and based on law enforcement's observation of a possible firearms transfer, law enforcement searched the Toyota Corolla. In the trunk area of the Toyota Corolla, law enforcement found the black bags, blue pistol box, and the large cardboard box. One of the black trash bags was open enough that HSI TFO Clinghan could confirm that there was a rifle inside of it. ARMENDARIZ was detained.

14. In the trunk of the Toyota Corolla, law enforcement found one FN, model M249S, 5.56 x 45 mm caliber semi-automatic rifle, serial number M249SA10933; one FN, model M249S, 5.56 x 45 mm caliber semi-automatic rifle, serial number M249SA09905; one FN, model M249S, 5.56 x 45 mm caliber semi-automatic rifle, serial number M249SA10901; and one Colt, model Government, .38 Super Auto caliber semi-automatic pistol, serial number GV049309.

15. ARMENDARIZ waived her *Miranda* Rights and spoke to law enforcement. Post-*Miranda*, ARMENDARIZ advised that she is a Mexican National and not a citizen of the United States. ARMENDARIZ said that she was aware she was traveling for the purpose of picking up firearms and transporting them to Mexico. She admitted that she knew she could not possess firearms in the United States because she is Mexican National. ARMENDARIZ added that she knew concealing the firearms and transporting them to Mexico is illegal in both Mexico and the United States. ARMENDARIZ advised that she has previously smuggled firearms from the United States to Mexico for profit.

16. The seized firearms were not manufactured in Arizona; therefore, the firearms were shipped and transported in interstate or foreign commerce.

17. On April 10, 2025, ATF SSA Farley contacted State of Arizona Game and Fish and verified that ARMENDARIZ did not possess a valid hunting license issued by the State of Arizona Game and Fish and none of the exceptions to 18 U.S.C. § 922(g)(5)(B) as set forth in 18 U.S.C. § 922(y)(2) apply to ARMENDARIZ.

18. Based on the facts and circumstances set forth in this Affidavit, your

6

Affiant submits there is probable cause to believe that ARMENDARIZ committed the offense alleged in the Complaint.

STONEY C
CLEMENT

Digitally signed by STONEY C
CLEMENT
Date: 2025.04.10 16:24:37 -07'00'

STONEY CLEMENT
Special Agent
Homeland Security Investigations

Subscribed and sworn telephonically before me this ___10___ day of April, 2025.

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

7